UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAG. JUDGE NO. 2:19-MJ-2775 |
| | § | |
| SALVADOR DUENEZ | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the defendant pending trial in this case:

(1) There is a serious risk that the defendant will not appear; and

(2) There is a serious risk that the defendant will endanger the safety of another person or the community.

The evidence against the defendant meets the probable cause standard. The defendant has a significant criminal history including felony convictions for drug offenses, escape, and murder.[1] The defendant also has several convictions for DWI. Additionally, the facts of this case indicate the defendant is unlikely to comply with conditions of release. The defendant fled the Border Patrol Checkpoint in a vehicle and later fled on foot absconding into the South Texas brush. In doing so, the defendant abandoned the undocumented aliens who were left trapped in a concealed compartment. The defendant is a poor candidate for bond. The findings and conclusions contained in

---

[1] Defense counsel proffered the murder charge was pled down to aggravated assault.

1 / 2

the Pretrial Services Report are adopted.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 10th day of September 2019.

_____
Jason B. Libby
United States Magistrate Judge